IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MUNSON,

       Plaintiff,                        No. 2:09-cv-0478 JAM EFB P

    vs.

STATE OF CALIFORNIA,

       Defendant.                 <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 8, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations and plaintiff has filed a response thereto.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

1 | proper analysis.

2 | Accordingly, IT IS HEREBY ORDERED that:

3 | 1. The findings and recommendations filed August 8, 2012, are adopted in full; and

5 | 2. The October 28, 2011 motion for summary judgment filed by defendant is granted as to plaintiff's claims that the CMF shower facilities and canteen services violated the ADA and RA and otherwise denied.

DATED: October 24, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE