UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MUNSON,<br><br>           Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>           Defendants. | No.  2:09-cv-0478-JAM-EFB P<br><br><br><br>ORDER |

    Plaintiff Kenneth Munson is a former state prisoner proceeding with counsel in an action brought under the Americans with Disabilities Act and the Rehabilitation Act.  On October 17, 2013, after receiving the parties' Joint Pretrial Statement, the court issued a Pretrial Order.  ECF No. 69.  That order granted defendant's July 29, 2013 request for additional discovery, to which plaintiff had not objected.  *Id.* at 9-10.  The order also granted the parties fourteen days within which to file any objections to the Pretrial Order.  *Id.* at 11.  Neither party filed objections to that order, which is now final.  Plaintiff, however, filed an "opposition" to defendant's request for additional discovery.  ECF No. 70.  Because the court has already granted defendant's July 29, 2013 request for additional discovery, plaintiff's October 18, 2013 opposition to that request is both untimely and moot.

    So ordered.

Dated:  December 2, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE