KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
THOMAS S. PATTERSON, State Bar No. 202890
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5781
 Fax:  (415) 703-5843
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH MUNSON,**<br><br>                                   Plaintiff,<br><br>     v.<br><br>**STATE OF CALIFORNIA,**<br><br>                                   Defendant. | C 09-0478-JAM-EFB<br><br>**STIPULATION REQUESTING EXTENSION OF DEADLINE TO FILE DISMISSAL DOCUMENTS; ORDER**<br><br>Judge:         The Honorable John A. Mendez<br>Trial Date:   March 10, 2014<br>Action Filed: November 5, 2008 |

On February 24, 2014, the parties filed a notice of settlement. Subsequently, on February 25, 2014, the Court directed the parties to file settlement/dismissal documents on or before March 21, 2014. The parties require additional time to finalize settlement terms and to ensure

/ / /

/ / /

1

performance of the settlement agreement.  Accordingly, the parties request to extend the deadline to file settlement/dismissal documents to August 8, 2014.

        /s/ *Mark Potter*
        Mark Potter, Potter Handy LLP
        Counsel for Plaintiff Kenneth Munson

        /s/ *Jose A. Zelidon-Zepeda*
        Jose A. Zelidon-Zepeda
        California Department of Justice
        Counsel for Defendant State of California

Per the parties' stipulated request, the deadline to file settlement/dismissal documents is extended until August 8, 2014.

IT IS SO ORDERED.

DATED:  3/7/2014

        /s/ John A. Mendez_____
        Honorable John A. Mendez
        United States District Court Judge

SF2008201170

2

Stip. Ext. Time for Dism. Docs.; Prop. Order (C 09-0478-JAM-EFB)